FARMERS NATIONAL BANK OF MADISON, APPELLEE, V. S. D. WORDEN, APPELLANT.

FILED JANUARY 7, 1914.    No. 17,425.

Banks and Banking: GENERAL DEPOSIT: PLEADING: DEMAND. In an action by a bank on a promissory note, an answer pleading a set-off for bank deposits does not state facts sufficient to constitute a cause of action in favor of defendant, without alleging that, at time the suit was commenced, a demand for the deposits had been made, or waived, or shown to be unnecessary. *Citizens State Bank v. Worden,* p. 53.

APPEAL from the district court for Boone county: GEORGE H. THOMAS, JUDGE. *Affirmed.*

*H. C. Vail, F. A. Doten* and *F. D. Williams,* for appellant.

*M. B. Foster* and *A. E. Garten, contra.*

ROSE, J.

This is a suit on three promissory notes. S. D. Worden, maker, and J. J. Carey, payee, are defendants. Plaintiff is Carey's assignee. In his answer Worden pleaded a set-off for bank deposits, but failed to allege facts showing that he had made a proper demand. From a judgment in favor of plaintiff for $3,920.29, Worden has appealed.

The decision is controlled by the principles announced in *Citizens State Bank v. Worden, ante,* p. 53, and, for the reasons stated in the opinion therein, the judgment below is

AFFIRMED.

LETTON, FAWCETT and HAMER, JJ., not sitting.